# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stewart, Carl E. | United States Fifth Circuit Court of Appeals | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Chief Circuit Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Tom Stagg United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, Louisiana 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Dillard University, New Orleans, Louisiana |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | LSU Health Shreveport, Fiest-Weiller Cancer Center |
| 2. | 2018 | Louisiana State Retirement System |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cumberland University School of Law | 01/09/2018 -- 01/10/2018 | Birmingham, Alabama | The James Edwin Inn and The Author D. Shores-Robert G. Vance Inn of Court Speaker | Transportation, lodging, and meals |
| 2. | Federal Bar Association--Dallas/Ft. Worth Chapters | 01/11/2018 -- 01/12/2018 | Irving, Texas | 2018 Northern District of Texas Bench Bar Conference Speaker | Meal |
| 3. | Tulane Newcomb College Institute of Tulane University | 01/25/2018 -- 01/26/2018 | New Orleans, Louisana | Judicial Diversity Panelist | Transportation, lodging, and meals |
| 4. | American Inns of Court Foundation | 02/12/2018 -- 02/17/2018 | Washington, D.C. | American Inns of Court Board of Trustees Retreat | Transportation, lodging, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Stewart, Carl E.** | 05/15/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | The Center for American and International Law | 02/21/2018 -- 02/22/2018 | New Orleans, Louisiana | 5th Circuit Bankruptcy Bench-Bar Conference Speaker | Transportation, lodging, and meals |
| 6. | Federal Judicial Center/New York University School of Law | 03/20/2018 -- 03/23/2018 | New York, New York | FJC/NYU Employment Law Seminar for Judges Panelist | Transportation, lodging, and meals |
| 7. | Federal Judges Association | 05/06/2018 -- 05/08/2018 | Washington, D.C. | FJA Quadrennial Conference Panelist | Transportation, lodging, and meals |
| 8. | American Inns of Court Foundation | 05/30/2018 -- 06/03/2018 | Denver, Colorado | American Inns of court Spring 2018 Board Meeting | Transportation, lodging, and meals |
| 9. | Loyola University New Orleans College of Law | 06/13/2018 -- 07/02/2018 | Spetses, Greece | Loyola Legal Studies Abroad Program Visiting Professor | Transportation, lodging, and meals |
| 10. | Mississippi Bar Association | 07/11/2018 -- 07/13/2018 | San Destin, Florida | 2018 Annual Meeting for Judges and Summer School Participant | Transportation, lodging, and meals |
| 11. | Texas Supreme Court Historical Society | 09/06/2018 -- 09/09/2018 | Austin, Texas | Texas Supreme Court Historical Society, Hemphill Dinner, and UT Speaker | Transportation, lodging, and meals |
| 12. | Smith County Bar Foundation | 09/26/2018 -- 09/26/2018 | Tyler, Texxas | Annual Constitution Day Speaker | Meal |
| 13. | Supreme Court of Louisiana Historical Society | 09/29/2018 -- 09/30/2018 | New Orleans, Louisiana | Tricentennial Gala Speaker | Lodging and meal |
| 14. | New Orleans Bar Association | 10/02/2018 -- 10/03/2018 | New Orleans, Louisiana | Minorities in the Profession En Banc Panelist | N/A |
| 15. | Eastern District of Texas Bar Association | 10/18/2018 -- 10/21/2018 | Plano, Texas | EDTX Bench Bar Conference Panelist | Transportation, lodging, and meals |
| 16. | American Inns of Court Foundation | 10/19/2018 -- 10/21/2018 | Washington, D.C. | Celebration of Excellence | N/A |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA (Post Office Employee Credit Union) | A | Interest | L | T | | | | | |
| 2. IRA (Post Office Employee Credit Union) | A | Interest | J | T | | | | | |
| 3. Post Office Employee Credit Union | A | Interest | L | T | | | | | |
| 4. Bossier Federal Credit Union | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl E. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544